**In re Stuart HILL; In re Vicki Hill, Debtors.**

**Stuart Hill; Vicki Hill, Plaintiffs–Appellants,**

v.

**State of Maryland, (O.A.G.) Consumer Protection Division, Defendant–Appellee.**

**No. 02–1370.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 4, 2002.

Stuart Hill, Vicki Hill, Appellants Pro Se. Philip David Ziperman, Assistant Attorney General, Steven M. Sakamoto–Wengel, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Stuart Hill and Vicki Hill appeal from the district court's order affirming the bankruptcy court's orders finding that the claim of the Maryland Consumer Protection Division is nondischargeable and dismissing the Hills' counterclaims. Our review of the record and the opinions below discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *In re: Hill,* No. CA–01–692–CCB (D.Md. Feb. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*